UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CV 10-9732 ABC (JCGx) |
| Plaintiff, | ORDER TO SHOW CAUSE RE CONTEMPT FOR FAILURE TO APPEAR AT JUDGMENT DEBTOR EXAMINATIONS |
| v. | |
| MICHAEL MASTROVITO, | |
| Defendant. | |

Defendant and Judgment Debtor Michael Mastrovito was ordered to appear for judgment debtor examinations on two different occasions, on April 28, 2011 at 2:00 p.m., and July 12, 2011 at 2:00 p.m., before Magistrate Judge Jay C. Gandhi, but he did not appear at either time. Plaintiff and Judgment Creditor Government requests an Order to Show Cause why MASTROVITO should not be held in contempt for failing to appear.

The Court accepts the facts certified by Magistrate Judge Gandhi pursuant to 28 U.S.C. § 636(e)(6) (Docket No. 27):

1.  On February 18, 2011, Judge Gandhi ordered Judgment Debtor MASTROVITO to attend his examination before Judge Gandhi on April 28, 2011 at 2:00 p.m. (Docket No. 7.)  The Order included the following language in capital letters:

> NOTICE TO JUDGMENT DEBTOR. IF YOU FAIL TO APPEAR
> AT THE TIME AND PLACE SPECIFIED IN THIS ORDER, YOU
> MAY BE SUBJECT TO ARREST AND PUNISHMENT FOR
> CONTEMPT OF COURT, AND THE COURT MAY MAKE AN ORDER
> REQUIRING YOU TO PAY THE REASONABLE ATTORNEY'S
> FEES INCURRED BY THE JUDGMENT CREDITOR IN THIS
> PROCEEDING.  See CCP 708.110(e).

2.  The Order was personally served on judgment debtor MASTROVITO on March 4, 2011 by a registered process server.  (Docket No. 8.)

3.  On April 28, 2011, the examination of judgment debtor MASTROVITO came on regularly for hearing before Judge Gandhi; however, judgment debtor MASTROVITO did not appear.

4.  Judgment debtor MASTROVITO willfully failed to comply with the Court's Order of February 18, 2011, by failing to appear for his examination on April 28, 2011.

5.  On May 20, 2011, Judge Gandhi continued judgment debtor MASTROVITO's examination to July 12, 2011 at 2:00 p.m. (Docket No. 10.)  This Order also contained the warning in capital letters:

NOTICE TO JUDGMENT DEBTOR.  IF YOU FAIL TO APPEAR
AT THE TIME AND PLACE SPECIFIED IN THIS ORDER, YOU
MAY BE SUBJECT TO <u>ARREST</u> AND PUNISHMENT FOR
CONTEMPT OF COURT, AND THE COURT MAY MAKE AN ORDER
REQUIRING YOU TO PAY THE REASONABLE ATTORNEY'S
FEES INCURRED BY THE JUDGMENT CREDITOR IN THIS
PROCEEDING.  See CCP 708.110(e).

6.  The May 20, 2011 Order was personally served on judgment debtor MASTROVITO on June 8, 2011 by registered process server. (Docket No. 11.)

7.  On July 12, 2011, the examination of judgment debtor MASTROVITO cane on regularly for hearing before Judge Jay C. Gandhi; however, judgment debtor MASTROVITO did not appear.

8.  Judgment debtor MASTROVITO willfully failed to comply with the Court's Order of May 20, 2011, resetting his judgment debtor examination to July 12, 2011, by failing to appear for his examination.

9.  As a result of these post-judgment proceedings, judgment creditor Government has incurred reasonable attorney's fees and costs in an amount to be determined.

Based on these facts, the Court **ORDERS MR. MASTROVITO TO SHOW CAUSE** why he should not be found in civil contempt based upon his non-appearance at his debtor examinations, as ordered, on April 28, 2011 and July 12, 2011.  **A hearing on this Order to Show Cause shall take place before Chief Judge Audrey B. Collins on <u>November 14, 2011 at</u>**

3

**10:00 a.m.** in Courtroom 680, Roybal Federal Building, 255 East Temple Street, Los Angeles, California 90012.

If MR. MASTROVITO objects to being held in civil contempt, he shall file a legal memorandum of points and authorities containing his objections **no later than October 17, 2011.** The Government may file a response **no later than October 31, 2011.**

The Government is **ORDERED** to **personally serve** this Order on MR. MASTROVITO and file proof of that service **no later than September 28, 2011.**


**MR. MASTROVITO is advised that, should he fail to appear before this Court on the date and time ordered, among the civil penalties to which he may be subject are fines and imprisonment, and a bench warrant may be issued for his arrest.**


**MR. MASTROVITO is also urged to consider retaining counsel for the November 14, 2011 hearing.**


IT IS SO ORDERED.

DATED: 9/13/2011                     _____
                                                          AUDREY B. COLLINS
                                              CHIEF UNITED STATES DISTRICT JUDGE

4